NUMBERS 13-06-676-CV


 13-06-683-CV 


COURT OF APPEALS


THIRTEENTH DISTRICT OF TEXAS


CORPUS CHRISTI - EDINBURG


_____________________________________________________________

IN RE: SHARYLAND WATER SUPPLY CORPORATION
 

____________________________________________________________

On Petition for Writ of Mandamus


_____________________________________________________________


MEMORANDUM OPINION





Before Justices Yañez, Rodriguez, and Garza 


Memorandum Opinion Per Curiam



 On December 8, 2006, in appellate cause number 13-06-676-CV, relator Sharyland
Water Supply Corporation filed a petition for writ of mandamus, in which it requested this
Court to direct the Respondent, the Honorable Horacio Pena, Jr., presiding judge of the
92nd District Court of Hidalgo County, to vacate his December 5, 2006 "Order Setting
Trials" in trial court cause number C-1373-01-A in the 92nd District Court. Also on
December 8, 2006, relator filed an "agreed" emergency motion, requesting a stay of
"further proceedings" in cause number C-1373-01-A.

 On December 12, 2006, in appellate cause number 13-06-683-CV, relator
Sharyland Water Corporation filed a second petition for writ of mandamus, in which it
requested this Court to direct the Respondent, the Honorable Migdalia Lopez, presiding
judge of the 197th District Court of Cameron County, Texas, to vacate her December 12,
2006 order denying relator's Motion to Disqualify/Recuse the Honorable Horacio Pena, Jr.
in trial court cause number C-1373-01-A. Relator also filed an "Emergency Motion for
Stay," requesting a stay of "further proceedings" in trial court cause number C-1373-01-A. 

 The Court, having considered the petitions for writ of mandamus and requests for
emergency relief in both causes and related documentation, is of the opinion that both
petitions and requests for emergency relief should be denied.

 Relator's petition for writ of mandamus and Motion for Stay in appellate cause
number 13-06-676-CV are hereby denied. Relator's petition for writ of mandamus and
Emergency Motion for Stay in appellate cause number 13-06-683-CV are hereby denied.

 Per Curiam



Memorandum opinion delivered and filed

this the 14th day of December, 2006.